**Order entered May 16, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01314-CV

### ESTATE OF HOWARD GILLIS THOMAS, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-10-00877-1**

## ORDER

Before the Court is appellant's May 12, 2016 motion to abate the appeal or, in the alternative, to extend the time to file a reply brief. We **DENY** the request to abate the appeal without prejudice to filing another motion if new grounds arise.

We **GRANT** appellant's alternative request for an extension of time to file a reply brief and extend the time to **MAY 24, 2016**.

/s/  ELIZABETH LANG-MIERS
    JUSTICE